1070

*In the Matter of the Marriage of* DALLENE N. BRACKEN, *Respondent,* and JOHN L. BRACKEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-3-05848-0, Suzanne M. Barnett, J., entered March 17, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Appelwick and Lau, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. SAROEUN PHAI, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-03518-9, Larry E. McKeeman, J., entered April 10, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Becker, J., concurred in by Ellington and Lau, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. DWAYNE PARKS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 08-1-12622-2, Christopher A. Washington, J., entered April 24, 2009. *Reversed* by unpublished per curiam opinion.

KIRK R. HOGLE, *Appellant,* v. IQUIQUE U.S. I, LLC, ET AL., *Defendants,* ARICA FISHING COMPANY, LLC, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 07-2-35109-4, Julie A. Spector, J., entered April 15, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Grosse and Spearman, JJ.